

# CAMMARATA, NULTY & GARRIGAN, L.L.C.
## ATTORNEYS AT LAW

THOMAS J. CAMMARATA
JOHN P. NULTY, JR.
JEFFREY G. GARRIGAN

MICHAEL S. DORAN\*●
EDWARD T. O'CONNOR, JR. (RET. J.S.C.)●

●OF COUNSEL
\*NJ & NY BARS

549 SUMMIT AVENUE
JERSEY CITY, NJ 07306
TEL: (201) 656-2222
FAX: (201) 656-6680
WWW.CNGLAW.COM

121 VARICK STREET, #4
NEW YORK, NY 10013
TEL: (212) 369-6245
FAX: (212) 671-1914
\*\*PLEASE SEND ALL MAIL AND FAXES TO NJ OFFICE

January 7, 2016

*Via efile*

Honorable Leda D. Wettre, U.S.M.J.
United States District Court
50 Walnut Street, Room 4A
Newark, NJ 07102

        RE: **Ezquiel Pagan v. City of Jersey City, et al**
           **Civil Action No. 15-cv-00660 (SDW) (LDW)**

Dear Judge Wettre:

  This office represents the plaintiff, Ezquiel Pagan, in the above referenced matter.

  A telephone conference in this matter is scheduled for Tuesday, January 12, 2016 at 11:30 a.m. I am not available on Tuesday as I will be handling an arbitration hearing in the matter of <u>Morgan Stanley v. Gavin Natelli</u> which is expected to last all day. With the consent of counsel for defendants, Stevie Chambers, Esq., I am, therefore, respectfully requesting an adjournment of the telephone conference.

               Respectfully yours,

               JOHN P. NULTY, JR.

JPN/lb
cc: Stevie D. Chambers, Esq. *(Via efile)*