

# CAMMARATA, NULTY & GARRIGAN, L.L.C.
## ATTORNEYS AT LAW

THOMAS J. CAMMARATA
JOHN P. NULTY, JR.
JEFFREY G. GARRIGAN

MICHAEL S. DORAN*•
EDWARD T. O'CONNOR, JR. (RET. J.S.C.)•

•OF COUNSEL
*NJ & NY BARS

549 SUMMIT AVENUE
JERSEY CITY, NJ 07306
TEL: (201) 656-2222
FAX: (201) 656-6680
WWW.CNGLAW.COM

121 VARICK STREET, #4
NEW YORK, NY 10013
TEL: (212) 369-6245
FAX: (212) 671-1914
**PLEASE SEND ALL MAIL AND FAXES TO NJ OFFICE

January 20, 2016

*Via efile*

Honorable Leda D. Wettre, U.S.M.J.
United States District Court
50 Walnut Street, Room 4A
Newark, NJ 07102

        RE: **Ezquiel Pagan v. City of Jersey City, et al**
           **Civil Action No. 15-cv-00660 (SDW) (LDW)**

Dear Judge Wettre:

  This office represents the plaintiff, Ezquiel Pagan, in the above referenced matter.

  In regard to the Court's request for a status of this matter, please be advised as follows. On or around December 29, 2015 I received defendants' supplemental discovery responses which included internal affairs records as to the individual defendants and as to Jersey City police officers which were voluminous and are now being reviewed. It is this firm's intent to advise the Court whether such production is sufficient by the scheduled conference of January 25th.

  Please be further advised that the deposition of plaintiff is presently scheduled for January 28th and the defendant officers for January 29th. Plaintiff is not aware of any other issues that need to be addressed at this time.

            Respectfully yours,

            /s/ *John P. Nulty, Jr.*

            **JOHN P. NULTY, JR.**

JPN/lb
cc: Stevie D. Chambers, Esq. *(Via efile)*