UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EZQUIEL PAGAN,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF JERSEY CITY *et al.*,<br><br>    Defendants. | Civil Action No.<br><br>15-660 (SDW) (LDW)<br><br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a telephonic conference on January 25, 2016, and for good cause shown,

**IT IS, on this 25th day of January, 2016, ORDERED** that the Initial Scheduling Order entered June 12, 2015 (ECF No. 7), as previously amended, is hereby further amended as follows:

1. Fact discovery is extended through **February 22, 2016**. No fact discovery is to be issued or engaged in after that date, except upon application and for good cause shown.

2. All affirmative expert reports shall be delivered by **April 15, 2016**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

3. All responding expert reports shall be delivered by **May 31, 2016**. Any such report shall comport with the form and content requirements referenced above.

4. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **June 30, 2016**.

5. The parties shall appear for a settlement conference before the undersigned on **March 24, 2016, at 10:00 a.m.** Clients will full settlement authority, including

representatives of any pertinent insurers, shall be physically present. The parties shall submit, to LDW_orders@njd.uscourts.gov, confidential settlement-position letters no later than three business days in advance of the conference.

_____
Hon. Leda Dunn Wettre
United States Magistrate Judge